

**LAURA CURRAN**
**County Executive**

**JARED A. KASSCHAU**
**County Attorney**

## COUNTY OF NASSAU
### OFFICE OF THE COUNTY ATTORNEY

July 14, 2020

Via ECF
Hon. A. Kathleen Tomlinson
United States District Court
100 Federal Plaza
Central Islip, New York 11722

Re:  Perros v. County of Nassau (15-CV-05598) (GRB)(AKT)

Dear Magistrate Judge Tomlinson:

This office represents defendants, County of Nassau, Nassau County Police Department, Nassau County Sheriff's Department and former Nassau County Sheriff Michael Sposato in the above-referenced action. In response to the July 9, 2020 letter of plaintiff's counsel [DE 91] regarding the continued deposition of Mr. Sposato, I am writing to inform the Court that the County Attorney's Office has now implemented the technical capability of holding depositions at 1 West Street by remote means. The parties can now schedule the continued deposition of Mr. Sposato at a mutually convenient date and time.

As always, defendants thank Your Honor for your attention and consideration in this matter.

Respectfully submitted,

/s/  Ralph J. Reissman
RALPH J. REISSMAN
Deputy County Attorney

cc: (Via E-Mail)
Law Offices of Frederick K. Brewington
Attorneys for Plaintiffs

**ONE WEST STREET – MINEOLA, NEW YORK 11501-4820**
**516-571-3056, FAX 516-571-6684, 6604**