223

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x
ALEXANDROS PERROS, THOMAS DELLE, NICHOLAS
LENOCI, VICTOR PATALANO, RONALD LANIER, and
IBRAHIM ZAHRAN Collectively on Behalf of All
Persons Similarly Situated and/or Sheriff's
Department Former Personnel Unfairly Denied
Proper "Recommendation For Consideration Of
Application For Pistol License For Retiring
Peace (Police) Officer." Forms and/or "Good
Guy Letters" Following Retirement, Due To
Injury and or Disability,

                              Plaintiffs,
                                        CV No.:
            - against -                 15-5598

COUNTY OF NASSAU; NASSAU COUNTY POLICE
DEPARTMENT; NASSAU COUNTY SHERIFF'S
DEPARTMENT, SHERIFF MICHAEL SPOSATO, In
His Individual and Official Capacities,

                              Defendants.
------------------------------------------------x

                              Zoom Video

                              July 30, 2020
                              10:05 a.m.


        CONTINUED DEPOSITION of MICHAEL
    SPOSATO, a defendant, in the
    above-titled action, at the
    above-mentioned place, before Nancy
    Dionisio, a Notary Public of the
    State of New York, taken pursuant to
    Federal Rules of Civil Procedure
    and pursuant to order of Honorable
    Tomlinson dated March 28, 2019 and
    March 31, 2020, and stipulations
    between Counsel.

        Rich Moffett Court Reporting, Inc.
         114 Old Country Road, Suite 630
              Mineola, New York 11501
                516-280-4664

224

A P P E A R A N C E S:


THE LAW OFFICES OF FREDERICK K. BREWINGTON

Attorneys for Plaintiffs

     556 Peninsula Boulevard

     Hempstead, New York 11550


BY:    FREDERICK K. BREWINGTON, ESQ.



COUNTY OF NASSAU

     OFFICE OF THE COUNTY ATTORNEY

     Attorney for COUNTY OF NASSAU

     One West Street

     Mineola, New York 11501


BY:    RALPH J. REISSMAN, ESQ.

225

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that the filing, sealing and certification of the within deposition be waived.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be sworn to and signed before any officer authorized to administer an oath with the same force and effect as if signed and sworn to before the Court.

- oOo -

226

MICHAEL SPOSATO, a

Defendant herein, having been first duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

        *        *        *

CONTINUED EXAMINATION BY
MR. BREWINGTON:

    Q    Please state your name for the record.

    A    Michael Sposato.

    Q    What is your address?

    A    100 Carman Avenue in East Meadow, New York 11554.

    Q    Mr. Sposato, good morning, this is a continued deposition from your deposition on June 28, 2018. Do you recall being deposed back then?

    A    I do.

    Q    I just want to make sure that you can hear me and can see me as I'm asking questions to you.

    A    I can.

    Q    At this point you have your

227

attorney with you, Mr. Reissman, who is seated socially distanced but still in the picture, right?

A    Yes, sir.

Q    At this point do you still reside in the same place that you gave at the beginning of your deposition using the business address of 100 Carman Avenue in East Meadow, is that still the address you're using?

A    Yes, sir.

Q    Since that deposition, have you taken any other depositions for any other court proceedings?

A    I took -- I was in two other depositions.

Q    Are they related to your former employment at the County?

A    Yes.

Q    We will come back to those. Since our last deposition, are you aware that this deposition is being conducted pursuant to court order?

A    Yes.

228

Q        Did you have a chance to review that court order that led to this deposition taking place?

A        I reviewed it.

Q        Was there anything in there that you did not understand concerning the decision of the magistrate judge and I'm not asking for a legal evaluation I'm just talking about factually, that you did not understand?

A        I understood it.

Q        Let me start by going back to your employment with the Nassau County jail.  That began in about 1994, is that correct?

A        That's correct, sir.

Q        At that time you were hired into a position that was not off of a civil service list, is that correct?

A        That's correct.

Q        Can you just tell us at that time, had you had any law enforcement training, that being prior to or at the time that you were hired?

229

A       No, I did not.

Q       Sir, in 1994 when you came in to the Sheriff's Department, was that in any capacity as a peace or law enforcement officer?

A       The answer to that is no, it was a specific correctional center title, though.

Q       What was the specific correctional title?

A       It was called correctional center Cook 1.

Q       Just so we are clear, that's C-O-O-K Number 1?

A       Correct.

Q       Is that a title within the correctional facility, but not an official civil service title?

A       It's a civil service -- it's a civil service title.

Q       Just going back just so we are clear in terms of background, did you ever take a test for that position?

A       No, I did not.

230

Q       Have you ever taken any civil service tests?

A       I've taken -- I definitely took a test for corrections officer, I don't recall if I took one for police officer or deputy sheriff, but I believe just for corrections officer.

Q       Did you pass that test?

A       Yes, I passed the test.

Q       Did you ever get on a list to become a corrections officer?

A       Yes.

Q       Were you ever interviewed?

A       Yes.

Q       Were you ever offered a position as a corrections officer?

A       What I recall from that, it was 25 years ago, is that they were doing the background, I decided to stay with -- you know, I decided not to take it, I just don't recall back then.

Q       Going back to my previous question, were you ever offered a position of being a corrections officer?

231

A        I was always in the investigative stage.

Q        In or about what year was that?

A        I don't recall.

MR REISSMAN:  Mr. Brewington, this deposition pursuant to Judge Tomlinson's order is restricted to your questioning of any prior charges and disciplines during his tenure working in the Nassau County jail beginning in 1994 and not permitting any questions as to his employment with the Town of Oyster Bay.  So I would ask that you restrict your questions to the judge's direction.

MR. BREWINGTON:  I am and I think I'm dealing with that, sir and thank you, Mr. Reissman.

Q        Was your application as a corrections officer at or after 1994?

A        I don't recall.

Q        Were you working at the

232

Nassau County Corrections facility as a Cook 1 when you sought to become a corrections officer?

A        I don't recall what year it was.

Q        So you don't recall, it could have been after '94 or before '94, is that what you're saying?

A        Yes.  I don't recall if it was corrections officer or police officer, it was a long time ago.

Q        So given the fact that you don't recall, assuming that it's after 1994 for purposes of this question, were you offered a position as a corrections officer or a police officer?

A        As I stated before, I recall being -- starting an investigation but I never -- it would -- I don't recall that it came down to the list point where I was going to be offered to start the job. I don't recall.

Q        You don't recall if you were ever offered a position as a corrections

233

officer or police officer?

A        I don't recall -- I recall being part of an investigative group, I don't recall if I was ever offered the position.

Q        Did you ever complete an investigation to become a corrections officer or a police officer as part of any application?

A        I don't recall if I ever completed the rest of the background investigation.

Q        Let's talk about background. Starting in 1994, or after, have you been the subject of any disciplines, charges, whether criminal, internal and/or related to your job?

A        I can't recall the specific --

Q        My first question, sir, I'm sorry, my first question was have you been subjected to any such charges or allegations or disciplines and I think that calls for a yes or no answer if you

234

can answer it yes or no.

A    I believe there was a reprimand at one point over 20 years ago in my career.

Q    So you know that this deposition has centered around questions relating to your prior charges, disciplines and arrests, if any, which occurred after 1994, in or after 1994, you're aware of that, correct?

A    I'm aware of that, correct.

Q    And you've had plenty of time to discuss this with whomever you need to discuss this and think about this, correct?

A    Correct.

Q    So my question is, in or after 1994, were you subjected to any disciplines relating to your job or any arrests or any charges relating to any aspect of your status as a citizen or an employee of Nassau County?

A    Discipline is charges, so the way you're asking the question is

235

different.  Over 20 years ago there could have been a reprimand of a discipline internally in the Sheriff's Department, but -- so we would call it a charge, I've never been charged with a crime if that's what you're asking.  But as far as a discipline in the Sheriff's Department there could have been a discipline over 20 years ago of a reprimand of -- nothing that rose to the level of a suspension or anything, but there could have been something, a reprimand in my -- 20 years ago.

Q     What was the could have been that you are referring to?

A     I could have had -- I believe there was, like, maybe sick time, like, maybe in the late '90s, I don't recall, I don't have my folder, but nothing -- nothing other than a reprimand of that type of sort.

Q     Sir, have you ever been arrested?

A     Arrested?

236

Q       Yes.

A       No.

Q       Have you ever been subjected to any criminal charges by any state, local or governmental agency?

A       Not to my knowledge.

Q       When you say not to your knowledge, have you ever been charged with any crime?

A       No, I have not.

Q       At all?

A       At all.

MR. BREWINGTON:   Let me ask this, pursuant to Rule 34 and our previous demands, are there any documents, Mr. Reissman, which exist concerning the reprimand that this witness has referred to?

MR REISSMAN:   The witness can answer that question if he's aware of any documents.

MR. BREWINGTON:   No, I'm asking you as the attorney knowing that this request has been made

237

previously as to whether or not a search has been conducted and whether or not there are any such documents relating to any charges, specifications, disciplines relating to this witness and particularly given the fact that we have had the repeal of 50A, has such a search been conducted and are there any such documents?

MR REISSMAN:  I am not aware of any such documents.

MR. BREWINGTON:  Has a search been conducted?

MR REISSMAN:  No.

MR. BREWINGTON:  Mr. Reissman, can we go off the record for a second and Mr. Reissman can I call you on the telephone?

MR. REISSMAN:  You want me to go to my office, I'll go to my office.

MR. BREWINGTON:  Yes, I think so, I'd rather --

238

MR. REISSMAN: Actually, the witness could leave the room --

MR. BREWINGTON: Okay, that's fine.

MR. REISSMAN: -- and I'll call you --

MR. BREWINGTON: We can stay on camera and go off the record if we both agree.

MR. REISSMAN: Okay.

(At this time the witness left the room.)

(Discussion off the record.)

(At this time the witness reentered the room.)

MR. BREWINGTON: Mr. Reissman, I'm just going to go back on the record, I want to place on the record our previous request and I'm now placing on the screen our request for documents that were provided to your office in 2016.

It seems like we lost Mr. Reissman.

MR REISSMAN: I'm looking at

239

the document on the screen.

MR. BREWINGTON:  Oh, okay. Would you like me to make it larger?

MR. REISSMAN:  No.

I see what you're saying.

MR. BREWINGTON:  I just wanted to be clear because previously in our discussion you indicated that we never requested his personnel file.  We did.  And we have made other requests that were similar and with regard to the issues of this deposition -- I'm going to come out of this -- with regard to the issues of this deposition as ordered by the judge in the two decisions, the first one being on March 28, 2019 and the second one after the County's application for reconsideration dated March 31, 2020, both issued by Judge Tomlinson, it would be our expectation that with those as well

240

as the issues relating to the repeal of 50A that there would be no objections to having produced or at least obtain this witness' personnel file.

So I'm asking for that document pursuant to not only our previous demand but with regard to again my renewed demand here. And I'm asking if that document -- if the personnel file will be produced.

MR. REISSMAN: Please put your request in writing we will take it under advisement.

MR. BREWINGTON: The request is in writing, it was previously provided, it was not provided and I'm asking now rather than taking it under advisement whether or not that will be produced because that may very well determine whether or not we can go forward in this deposition.

241

MR REISSMAN:  Subject to whatever privileges remain following the governor's edict on personnel files and the New York Public Officers Law, I will look for the file.

MR. BREWINGTON:  Okay.  So let's go back to the witness.

Q     Mr. Sposato, have you ever seen your personnel file?

A     I've seen my personnel file, yes.

Q     When was the last time you saw your personnel file?

A     I don't recall how many years ago.

Q     Do you possess a copy of your personnel file?

A     No, I don't.

Q     When you saw your personnel file, where was it that you reviewed it?

A     At the Sheriff's Department.

Q     In your personnel file, were there records of the discipline that you

242

vaguely remember?

A        All records would be in the personnel file.

Q        That's not my question.

A        I don't recall seeing specifically documents of that.

Q        Do you recall seeing any documents relative to any forms of discipline, charges, specifications or otherwise?

A        I believe -- you're allowed to review your personnel file -- this is again going back 20-plus years, I do recall seeing the reprimand.

Q        What was the specific reprimand, sir?

A        Again, I believe it was about sick leave, I don't recall.

Q        When you say you "believe it was about sick leave, I don't recall," what is it that you do recall?

A        I recall that there possibly was a reprimand for a sick leave issue, like if you use too much time, but I

243

don't recall the year, it was probably in the late '90s, but I can't give you more specifics on the document.

Q    During your tenure working at the Nassau County jail or correctional facility, have you ever been handcuffed as a result of any charges or specifications or allegations of crime?

MR REISSMAN:  Objection to the question.  Has he ever had prior disciplines and charges in his tenure as a corrections officer?  I don't see the relevance of that question and I'm going to direct him not to answer.

MR. BREWINGTON:  You're directing him not to answer that question?  Maybe you should hear it back.

MR REISSMAN:  Can I hear the question back, please.

MR. BREWINGTON:  Please, Nancy.

(The reporter repeated the

244

requested portion of the record.)

MR REISSMAN:   I direct the witness not to answer the question.

MR. BREWINGTON:   Okay, then we're going to need to call the magistrate.

MR REISSMAN:   Sure.  I have the magistrate's number.

I'll be right back, I'm going to talk to the witness.  There is no question pending, right?

MR. BREWINGTON:   No question pending and we will go off the record for now.

(Discussion off the record.)

MR. BREWINGTON:   We reached out to the magistrate's chambers and spoke to a substitute law courtroom deputy who is reaching out to the clerk and we anticipate a call back to our office.  But in the meantime I don't think I can continue if the witness is being instructed not to answer the

245

question.  So we are waiting for the court or someone from the court to call us back in -- I think that we are at 11:02 and we will be waiting for that to take place.  So we will just wait.

MR REISSMAN:  Okay.

(A short recess was taken.)

CONTINUED EXAMINATION BY

MR. BREWINGTON:

MR. BREWINGTON:  Back on the record, please.

(At this time Judge Tomlinson's law clerk was reached by telephone.)

MR. BREWINGTON:  Fred Brewington, hello.

LAW CLERK:  Hi, Mr. Brewington, this is Judge Tomlinson's law clerk.

MR. BREWINGTON:  Just so you know, we are on the record now and we are doing this by Zoom so if you

246

could keep your voice up, that would be great.  I have Ralph Reissman on the other screen and the court reporter is recording this.

We are in a deposition on the matter of Perros versus the County of Nassau, CV 15-5598.  This is a deposition pursuant to the court's order of witness Sposato.  The question has been asked concerning this individual's background and particularly with regard to him being handcuffed on the job concerning any allegations or charges.  Would you like to hear the question that was asked and then at that point                Mr. Reissman instructed the witness not to answer the question, so that's where we are, would you like to hear the question?

LAW CLERK:  Yes, Counsel.

MR. BREWINGTON:  Nancy, if

247

you could read the question good and loud, I'll turn my involve up as loud as I can.

(The reporter repeated the requested portion of the record.)

MR. BREWINGTON:  Would you like to hear it again or is that sufficient?

LAW CLERK:  That was sufficient, Counselor.  I have the question down.  So my next question just to gather some information so I could bring this to the judge is what was the basis for Mr. Reissman's objection to the question?

MR. BREWINGTON:  He is on the screen.  Mr. Reissman, did you hear that question?

MR REISSMAN:  Yes.  The objection is the judge's order of March 28, 2019 directed that the deposition be limited to any questions of prior charges and

248

disciplines during the witness' tenure working in the Nassau County jail beginning in 1994. The witness testified he's never been arrested. The prior charge and discipline I don't -- the issue of being handcuffed when he's never been arrested I think unreasonably annoys or embarrasses the witness under Federal Rules of Civil Procedure Rule 30(d)3A. And the fact that he's never been arrested and the fact that the question is whether he's been handcuffed I think is annoying and embarrassing and is not relevant to whether he's had prior charges or disciplines. He answered that he did have a prior reprimand he recalls for having to do with sick time, but I doubt that had anything to do with being handcuffed. So I directed the witness not to answer the question whether he'd been

249

handcuffed.  That's my objection.

MR. BREWINGTON:  Just so you're clear, my question was very specific as to handcuffs regarding any charges, specifications or allegations that happened to him while he was working on the job after 1994.  And the Second Circuit has made very clear that the inclusionary approach for prior acts, evidence, evidence of prior crimes, wrongs or acts is admissible.  And this is particularly what the judge ruled on that this witness clearly is not being fully responsive, I'm going to just say that, that's my evaluation and I'm trying to get information from him and he is very vague, he's saying well, I remember some type of reprimand but I don't remember exactly what it was about. And we do not have the personnel file because I made another request

250

for the personnel file even after 50A having been repealed, I made that today as well as previously back in 2016 and after for the personnel file and that has not been provided and it has been at this point refused.

LAW CLERK:  Okay, Counsel, do either of you have anything else that you wish to add before I bring this to the judge?

MR. BREWINGTON:  Nothing from the Plaintiff at this point.

MR REISSMAN:  Nothing from Defendant, thank you.

LAW CLERK:  Okay, I will contact the judge, I am not positive that she will be able to get you a ruling shortly or she may wish to speak with you again at some point later today.  So based on that please do your best to proceed with the deposition going forward and the court will contact

251

you when it can. So for that purpose which phone number should we call when the judge is ready?

MR. BREWINGTON: The office phone that you just called, the (516) 489-6959. However, given the limits of this deposition I'm not quite sure how much more I can go forward because this witness is basically saying that he doesn't really have much memory about whatever the alleged discipline that he was subjected to and we don't have the personnel file. So it may be more helpful I just think for us to let the court look at this, talk to us, we may need to do some submission because I just don't want to have to bring this witness back later because right now I don't know, if the judge can't get to us today, I don't know what will happen.

LAW CLERK: Okay, if you do

252

conclude the deposition before the court is able to contact you then filing an application may be the better course.  But as I said, the court will attempt to reach you before that happens.

MR. BREWINGTON:  Okay.

LAW CLERK:  So, again, please try to proceed as best as possible and we will be in touch at some point throughout the day.

MR. BREWINGTON:  Very well, thank you.

LAW CLERK:  You're welcome, Counsel.

MR. BREWINGTON:  Can we just have your name for the record?

LAW CLERK:  I'm just one of the judge's law clerks, we don't disclose our names.

MR. BREWINGTON:  Judge's law clerk.  Thank you so much.

LAW CLERK:  Okay.

MR. BREWINGTON:  Bye.

*Rich Moffett Court Reporting, Inc.*

253

LAW CLERK:  Bye.

MR. BREWINGTON:  Ralph, let's see if we can go forward.

MR REISSMAN:  Okay, let me get the witness.  Thank you.

(At this time the witness reentered the room.)

MR. BREWINGTON:  Back on the record, please.

Q        Mr. Sposato, have there ever been any allegations of wrongdoing for which you have been presented in any form while working at the Nassau County jail and/or correctional facility?

A        Please repeat the question.

Q        Sure.  Have there ever been any allegations of wrongdoing which have been presented to you, raised to you while you were employed at the Nassau County correctional facility, the Nassau County jail, since 1994 through your entire tenure?

MR. REISSMAN:  You could answer.

254

A       I'm not understanding the question.

Q       Do you know what an allegation is?

A       Yes.

Q       Do you know what a charge is?

A       Yes.

Q       Do you know what a specification is?

A       Yes.

Q       Do you know what a claim of wrongdoing is?

A       Correct, I do.

Q       So have any of those ever been brought to your attention during the time period that you were working at the Nassau County Correctional Facility?

A       I don't recall specific allegations but there was allegations, correct.

Q       What were those allegations about, sir?

A       I don't recall them specifically.

255

Q        You just said that you recall specific allegations.

A        I said I recall allegations, I don't recall specific allegations.

Q        So before this you said you recall allegations.  Who made the allegations?

A        I think there was newspaper -- I don't recall -- I don't recall specific, press allegations.

Q        Sorry, are you saying you don't recall --

A        I think there was press or unions, I don't -- I don't recall.

Q        Well, let's take those one at a time.  What were the allegations by the press?

A        I don't recall.

Q        What were the allegations by the union, if any?

A        You know, different management things they didn't like, you know, they didn't like how I managed the facility, we always -- me and the union

256

always went back and forth on issues.

Q        For any of those allegations, were you handcuffed?

MR REISSMAN:  We objected to that already.

MR. BREWINGTON:  You objected as to whether or not he was ever handcuffed.

MR REISSMAN:  That's right, I objected to the question, we are waiting for the ruling from the magistrate.

Q        My question was for any of the things that you're referring to about the union or about the press, were those allegations made against you ones that led to you being handcuffed?

MR REISSMAN:  We're objecting to the question, we're waiting for a ruling by the magistrate.

Q        Sir, let's take it early on. In 1994 and through the time that you served as a cook, were you subjected to allegations of wrongdoing that led to

257

your removal from the jail, yes or no?

MR REISSMAN:  We'll object to the question and wait for the magistrate's ruling.

Q       At any time while you were a cook from 1994 through and including the time that you ended being a cook, were you ever taken from the jail contrary to your agreeing to be taken from the jail by any law enforcement officers?

MR REISSMAN:  Can you repeat the question, please?

MR. BREWINGTON:  Nancy, can we repeat that, please.

(The reporter repeated the requested portion of the record.)

MR REISSMAN:  We will object and wait for the magistrate's ruling.

Q       Let me just ask this question.  At any time, have you been subjected to being escorted out of the jail by law enforcement officers due to an allegation?

258

MR REISSMAN:  We'll object and wait for the magistrate's ruling.

Q    Prior to my asking these questions today about you being either handcuffed or taken from the jail, contrary to your wanting to go or being taken by law enforcement officers, has anyone other than myself ever asked you any questions under oath relating to that subject matter?

A    No.

Q    Sir, have you ever been represented by any lawyer relating to any charges, allegations of wrongdoing?

A    Repeat the question.

MR. REISSMAN:  What's the pending question?

MR. BREWINGTON:  I'm sorry?

MR. REISSMAN:  What's the pending question?

MR. BREWINGTON:  You need to have the question --

MR. REISSMAN:  Yes, please

259

read the question back.

MR. BREWINGTON:  Yes, we will.  Nancy, would you be able to do that, please.

(The reporter repeated the requested portion of the record.)

MR REISSMAN:  Are you talking about during his tenure from 1994 on?

MR. BREWINGTON:  That is correct.

MR REISSMAN:  Okay, so it's a legitimate question, you have to answer the question.

A    I had a lawyer but not based on charges.  I was never charged with anything.

Q    What was the lawyer representing you on --

A    I don't recall the specific case.

Q    Excuse me?

A    I don't recall the specific case.

260

Q        How many times did you have a lawyer, sir?

MR REISSMAN:   In relation to his tenure as a Nassau County employee?

MR. BREWINGTON:   No, with regard to any charges or allegations for which he had a private lawyer or had a lawyer.

A        I don't recall.

Q        Was it more than once?

A        I don't believe so.

Q        So you don't recall what the one time was about, is that your testimony?

A        I don't recall exactly.

Q        Well, can you tell me in sum and substance if you don't recall exactly what generally was it about?

A        I don't recall what allegation it was.

MR REISSMAN:   There is no question pending, can we take a short break, please?

261

MR. BREWINGTON: Sure, I mean if the witness is going to continue -- I'll make this record, if the witness is going to continue to claim that he can't recall single instances that are, from my standpoint, appropriate questions, I just think that there is going to be a need either to instruct this witness appropriately or we're going to have to wait for the court's ruling and we will have to bust this and we will bring him back again. So these questions I think are legitimate.

If the witness -- and if there are documents relating to this we want the documents, I'm making the demand right now, if those documents are not produced there is no way we can go forward today we will have to call him back anyhow. So, yes, we can take a break, I just wanted to be clear

262

about that.

MR REISSMAN:  Let's take a little break.

MR. BREWINGTON:  Very well.

Off the record.

(At this time the witness left the room.)

(Discussion off the record.)

(At this time Judge Tomlinson's law clerk was reached by telephone.)

MR. BREWINGTON:  Hello.

LAW CLERK:  Counsel, do we have everyone back?

MR. BREWINGTON:  Yes, we are back, you are on speakerphone and the court reporter is recording.

LAW CLERK:  Okay and Mr. Reissman is --

MR. REISSMAN:  Yes, right here.

MR. BREWINGTON:  Yes, he is here.

MR REISSMAN:  On camera.

263

LAW CLERK:  Okay, great.  I spoke with Judge Tomlinson and she is in the middle of a criminal proceeding and will be unavailable to speak with you all today and give you a ruling.  The court is aware that the deposition is being conducted by video and is directing you all to proceed as follows:  The question at issue can remain open and Mr. Brewington can mark it for a ruling.  Mr. Brewington within ten days of obtaining the transcript from today's deposition you can make your application on ECF which Mr. Reissman will then have an opportunity to respond to and if the court finds that the witness should answer the question the court will issue a further order.  The court is also aware of the August 4, 2020 deadline for the completion of Mr. Sposato's deposition which the court will

264

hold in abeyance pending the ruling on Mr. Brewington's anticipated motion. And when you obtain the transcript from today's deposition please send chambers a courtesy copy.

MR. BREWINGTON: May I just ask, send a courtesy copy prior to my application, is that right?

LAW CLERK: Yes. And be sure to attach a copy of ECF to your motion as well.

MR. BREWINGTON: Will do. Thank you so much and thank the judge, we know that she is busy and that you've taken the time, that is much appreciated.

LAW CLERK: You're welcome, Counsel.

MR. BREWINGTON: Mr. Reissman, anything you want to say?

MR. REISSMAN: Nothing from Defendant, thank you.

MR. BREWINGTON: Just so

265

you're aware, we have run into a couple of other snags so that will be included in our application.

LAW CLERK:  Okay, Counsel, thank you.

MR. BREWINGTON:  Thank you so much and be well.

LAW CLERK:  You too.

MR. BREWINGTON:  Ralph, just before we call the witness back in with regard to the last question is the witness going to be instructed to not answer or --

MR. REISSMAN:  Well, we discussed this.  The witness does not recall what -- this goes back over 20 years, these things and he's confused as to what occurred. He really doesn't recollect, so I think the best thing would be for me to get the personnel record and with appropriate redactions provide you the personnel record and then we can proceed instead of him

266

saying he doesn't recall, he doesn't recall, he doesn't recall. So we'll agree to come back for a further deposition.

MR. BREWINGTON: Just so that I'm clear, you think that in terms of our best practice here the best practice is not to go forward but to try and see if we can get this done in one more chunk?

MR REISSMAN: That's correct, Mr. Brewington.

MR. BREWINGTON: Okay. I am agreeable to that, I'm not happy about it but I will agree to that because I most certainly don't want to waste time nor money with the witness saying I don't recall, I don't recall, I don't recall and I'm sure that you want to give him the opportunity to refresh his recollection as well as we will then again renew our requests for his personnel file and any other

267

documents that should be produced.

MR REISSMAN:  Okay, I understand that.

MR. BREWINGTON:  Okay.  So you want to bring the witness back in and then we will close the record?

MR. REISSMAN:  Yes.

(At this time the witness reentered the room.)

MR. REISSMAN:  Back on the record.

MR. BREWINGTON:  Mr. Sposato, based on where we are at this point and based on the responses as well as the need for additional information as well as a court ruling, we are going to adjourn this deposition at this point to be concluded following any directive by the court and our application to the court.  I'm going to just tell you that initially we did provide a subpoena and then there was a court

268

order.  Will you have and you can speak to your attorney, but will you have any problem making yourself available for a further deposition?

THE WITNESS:  I will be available.

MR. BREWINGTON:  Thank you so much.

Mr. Reissman, anything else for the record for you?

MR REISSMAN:  Nothing from Defendants, thank you.

MR. BREWINGTON:  At this time we will close this record as an adjourned deposition leaving it open for further proceedings. Thank you.

MR REISSMAN:  Thank you.

(Time noted:  11:47 A.M.)

269

A C K N O W L E D G E M E N T


STATE OF NEW YORK    )
                     :ss
COUNTY OF            )


            I, MICHAEL SPOSATO, hereby certify that I have read the transcript of my testimony taken under oath in my deposition of July 30, 2020; that the transcript is a true, complete and correct record of my testimony, and that the answers on the record as given by me are true and correct.


                    _____
                              MICHAEL SPOSATO


Signed and subscribed to before
me, this              day
of                  , 2020

_____
Notary Public, State of New York

270

----------------------I N D E X--------------------

WITNESS              EXAMINATION BY              PAGE

MICHAEL              MR. BREWINGTON              226
SPOSATO


DIRECTIONS:   None

RULINGS:      PAGE

              244

              256

              256

              257

              257



MOTIONS:  None

-----------------DOCUMENT REQUEST-----------------

PAGE

240        production of personnel file

260        produce documents with regard to

           any charges or allegations for

           which he had a private lawyer or

           had a lawyer

----------INFORMATION TO BE FURNISHED----------

None

-------------------EXHIBITS-------------------

None

—Rich Moffett Court Reporting, Inc.—

271

C E R T I F I C A T E

STATE OF NEW YORK    )

                     ) ss.:

COUNTY OF SUFFOLK    )


          I, NANCY DIONISIO, a Notary

Public within and for the State of

New York, do hereby certify:

          That MICHAEL SPOSATO, the

witness whose deposition is

hereinbefore set forth, was duly

sworn by me and that such

deposition is a true record of the

testimony given by such witness.

          I further certify that I am not

related to any of the parties to this

action by blood or marriage; and that I

am in no way interested in the outcome

of this matter.

          IN WITNESS WHEREOF, I have

hereunto set my hand this 5th day

of August, 2020.


          ---------------------------
               NANCY DIONISIO

272

**'**

'90s [2] - 235:19, 243:3
'94 [2] - 232:8

**1**

1 [3] - 229:13, 229:15, 232:3
100 [2] - 226:14, 227:9
10:05 [1] - 223:16
114 [1] - 223:24
11501 [2] - 223:25, 224:16
11550 [1] - 224:7
11554 [1] - 226:15
11:02 [1] - 245:5
11:47 [1] - 268:21
15-5598 [2] - 223:10, 246:9
1994 [15] - 228:15, 229:3, 231:13, 231:23, 232:15, 233:15, 234:10, 234:19, 248:4, 249:9, 253:22, 256:23, 257:7, 259:9

**2**

20 [5] - 234:4, 235:2, 235:10, 235:13, 265:18
20-plus [1] - 242:14
2016 [2] - 238:23, 250:5
2018 [1] - 226:18
2019 [3] - 223:22, 239:20, 247:23
2020 [7] - 223:16, 223:22, 239:23, 263:23, 269:11, 269:22, 271:23
226 [1] - 270:4
240 [1] - 270:17
244 [1] - 270:8
25 [1] - 230:19
256 [2] - 270:9, 270:10
257 [2] - 270:11, 270:12
260 [1] - 270:18
28 [4] - 223:22, 226:18, 239:20, 247:23

**3**

30 [2] - 223:16, 269:11
30(d)3A [1] - 248:12

31 [2] - 223:22, 239:23
34 [1] - 236:15

**4**

4 [1] - 263:23
489-6959 [1] - 251:7

**5**

50A [3] - 237:9, 240:3, 250:3
516 [1] - 251:7
516-280-4664 [1] - 223:25
556 [1] - 224:6
5th [1] - 271:22

**6**

630 [1] - 223:24

**A**

A.M [1] - 268:21
a.m [1] - 223:16
abeyance [1] - 264:2
able [3] - 250:19, 252:3, 259:4
above-mentioned [1] - 223:19
above-titled [1] - 223:19
action [2] - 223:19, 271:18
acts [2] - 249:12, 249:13
add [1] - 250:11
additional [1] - 267:17
address [3] - 226:13, 227:9, 227:10
adjourn [1] - 267:19
adjourned [1] - 268:17
administer [1] - 225:18
admissible [1] - 249:14
advisement [2] - 240:16, 240:21
agency [1] - 236:6
ago [7] - 230:19, 232:12, 234:4, 235:2, 235:10, 235:14, 241:17
agree [3] - 238:10, 266:4, 266:16
agreeable [1] - 266:15
AGREED [3] - 225:4, 225:10, 225:15
agreeing [1] - 257:10

ALEXANDROS [1] - 223:3
allegation [3] - 254:5, 257:25, 260:22
allegations [23] - 233:24, 243:9, 246:16, 249:7, 253:12, 253:18, 254:20, 254:22, 255:3, 255:4, 255:5, 255:7, 255:8, 255:11, 255:17, 255:20, 256:3, 256:17, 256:25, 258:16, 260:9, 270:19
alleged [1] - 251:13
allowed [1] - 242:12
AND [3] - 225:3, 225:9, 225:14
annoying [1] - 248:16
annoys [1] - 248:10
answer [14] - 229:7, 233:25, 234:2, 236:21, 243:16, 243:18, 244:4, 244:25, 246:21, 248:24, 253:25, 259:15, 263:20, 265:14
answered [1] - 248:19
answers [1] - 269:13
anticipate [1] - 244:21
anticipated [1] - 264:3
anyhow [1] - 261:24
application [8] - 231:22, 233:10, 239:22, 252:4, 263:16, 264:10, 265:4, 267:22
Application [1] - 223:6
appreciated [1] - 264:18
approach [1] - 249:11
appropriate [2] - 261:8, 265:23
appropriately [1] - 261:11
arrested [5] - 235:24, 235:25, 248:6, 248:9, 248:13
arrests [2] - 234:9, 234:21
aspect [1] - 234:22
assuming [1] - 232:14
attach [1] - 264:12
attempt [1] - 252:6
attention [1] - 254:16
attorney [3] - 227:2,

236:24, 268:3
ATTORNEY [1] - 224:13
Attorney [1] - 224:14
Attorneys [1] - 224:5
attorneys [1] - 225:4
August [2] - 263:23, 271:23
authorized [1] - 225:17
available [2] - 268:5, 268:8
Avenue [2] - 226:14, 227:9
aware [8] - 227:22, 234:11, 234:12, 236:21, 237:12, 263:8, 263:22, 265:2

**B**

background [5] - 229:23, 230:20, 233:12, 233:14, 246:13
based [4] - 250:22, 259:16, 267:15, 267:16
basis [1] - 247:15
Bay [1] - 231:16
BE [1] - 270:22
become [3] - 230:12, 232:3, 233:8
began [1] - 228:15
beginning [3] - 227:8, 231:13, 248:4
Behalf [1] - 223:4
best [5] - 250:23, 252:10, 265:21, 266:8
better [1] - 252:5
between [2] - 223:23, 225:4
blood [1] - 271:18
Boulevard [1] - 224:6
break [3] - 260:25, 261:25, 262:4
BREWINGTON [63] - 224:4, 224:9, 226:9, 231:19, 236:14, 236:23, 237:14, 237:17, 237:24, 238:4, 238:8, 238:17, 239:3, 239:8, 240:17, 241:8, 243:17, 243:23, 244:5, 244:13, 244:17, 245:12, 245:13, 245:18, 245:23,

246:25, 247:7, 247:18, 249:3, 250:13, 251:5, 252:8, 252:13, 252:17, 252:22, 252:25, 253:3, 253:9, 256:7, 257:14, 258:20, 258:23, 259:3, 259:11, 260:7, 261:2, 262:5, 262:13, 262:16, 262:23, 264:8, 264:14, 264:21, 264:25, 265:7, 265:10, 266:6, 266:14, 267:5, 267:14, 268:9, 268:15, 270:4
Brewington [6] - 231:7, 245:18, 245:21, 263:12, 263:13, 266:13
Brewington's [1] - 264:3
bring [5] - 247:14, 250:11, 251:20, 261:14, 267:6
brought [1] - 254:16
business [1] - 227:9
bust [1] - 261:14
busy [1] - 264:16
BY [5] - 224:9, 224:18, 226:8, 245:11, 270:3
bye [2] - 252:25, 253:2

**C**

camera [2] - 238:9, 262:25
Capacities [1] - 223:12
capacity [1] - 229:5
career [1] - 234:5
Carman [2] - 226:14, 227:9
case [2] - 259:22, 259:25
center [2] - 229:8, 229:13
centered [1] - 234:7
certainly [1] - 266:17
certification [1] - 225:7
certify [3] - 269:9, 271:9, 271:16
chambers [2] - 244:18, 264:6
chance [1] - 228:2
charge [3] - 235:5,

273

248:6, 254:7
charged [3] - 235:6, 236:9, 259:17
charges [19] - 231:11, 233:16, 233:23, 234:8, 234:21, 234:24, 236:5, 237:5, 242:10, 243:8, 243:12, 246:17, 247:25, 248:18, 249:6, 258:16, 259:17, 260:8, 270:19
chunk [1] - 266:11
Circuit [1] - 249:9
citizen [1] - 234:22
civil [5] - 228:20, 229:19, 229:20, 229:21, 230:2
Civil [2] - 223:21, 248:11
claim [2] - 254:12, 261:6
clear [7] - 229:14, 229:23, 239:9, 249:4, 249:10, 261:25, 266:7
clearly [1] - 249:16
clerk [5] - 244:21, 245:16, 245:22, 252:23, 262:11
CLERK [18] - 245:20, 246:24, 247:10, 250:9, 250:17, 251:25, 252:9, 252:15, 252:19, 252:24, 253:2, 262:14, 262:19, 263:2, 264:11, 264:19, 265:5, 265:9
clerks [1] - 252:20
close [2] - 267:7, 268:16
Collectively [1] - 223:4
complete [2] - 233:7, 269:12
completed [1] - 233:12
completion [1] - 263:24
concerning [4] - 228:7, 236:18, 246:12, 246:16
conclude [1] - 252:2
concluded [1] - 267:21
conducted [5] - 227:23, 237:3, 237:10, 237:15,

263:9
confused [1] - 265:19
Consideration [1] - 223:6
contact [3] - 250:18, 250:25, 252:3
continue [3] - 244:24, 261:4, 261:5
continued [1] - 226:17
CONTINUED [3] - 223:18, 226:8, 245:11
contrary [2] - 257:9, 258:8
COOK [1] - 229:15
Cook [2] - 229:13, 232:3
cook [3] - 256:24, 257:7, 257:8
copy [4] - 241:18, 264:7, 264:9, 264:12
correct [15] - 228:16, 228:17, 228:20, 228:21, 229:16, 234:11, 234:12, 234:16, 234:17, 254:14, 254:21, 259:12, 266:12, 269:12, 269:15
Correctional [1] - 254:18
correctional [7] - 229:8, 229:11, 229:12, 229:18, 243:6, 253:15, 253:21
corrections [12] - 230:5, 230:8, 230:12, 230:17, 230:25, 231:23, 232:4, 232:11, 232:16, 232:25, 233:8, 243:13
Corrections [1] - 232:2
Counsel [7] - 223:23, 246:24, 250:9, 252:16, 262:14, 264:20, 265:5
Counselor [1] - 247:11
Country [1] - 223:24
County [13] - 227:19, 228:14, 231:12, 232:2, 234:23, 243:6, 246:8, 248:3, 253:14, 253:21, 253:22, 254:18, 260:5
COUNTY [8] - 223:11,

223:11, 224:12, 224:13, 224:14, 269:5, 271:5
County's [1] - 239:21
couple [1] - 265:3
course [1] - 252:5
Court [2] - 223:24, 225:20
COURT [1] - 223:2
court [20] - 227:15, 227:24, 228:3, 245:3, 246:5, 250:25, 251:17, 252:3, 252:6, 262:18, 263:7, 263:19, 263:21, 263:22, 263:25, 267:18, 267:22, 267:23, 267:25
court's [2] - 246:10, 261:13
courtesy [2] - 264:6, 264:9
courtroom [1] - 244:20
crime [3] - 235:6, 236:10, 243:9
crimes [1] - 249:13
criminal [3] - 233:17, 236:5, 263:4
CV [2] - 223:9, 246:9

**D**

dated [2] - 223:22, 239:23
days [1] - 263:14
deadline [1] - 263:23
dealing [1] - 231:20
decided [2] - 230:20, 230:21
decision [1] - 228:8
decisions [1] - 239:19
defendant [1] - 223:18
Defendant [3] - 226:3, 250:16, 264:24
Defendants [2] - 223:13, 268:14
definitely [1] - 230:4
DELLE [1] - 223:3
demand [3] - 240:9, 240:10, 261:20
demands [1] - 236:16
Denied [1] - 223:5
Department [5] - 223:5, 229:4, 235:4, 235:8, 241:23
DEPARTMENT [2] - 223:11, 223:12
deposed [1] - 226:19

deposition [31] - 225:8, 225:15, 226:17, 226:18, 227:8, 227:13, 227:22, 227:23, 228:4, 231:8, 234:7, 239:15, 239:18, 240:25, 246:7, 246:10, 247:24, 250:24, 251:8, 252:2, 263:8, 263:15, 263:25, 264:5, 266:5, 267:20, 268:6, 268:17, 269:10, 271:11, 271:14
DEPOSITION [1] - 223:18
depositions [2] - 227:14, 227:17
deputy [2] - 230:7, 244:20
determine [1] - 240:23
different [2] - 235:2, 255:22
Dionisio [1] - 223:20
DIONISIO [2] - 271:7, 271:25
direct [2] - 243:16, 244:3
directed [2] - 247:23, 248:23
directing [2] - 243:18, 263:9
direction [1] - 231:18
DIRECTIONS [1] - 270:6
directive [1] - 267:21
Disability [1] - 223:8
discipline [8] - 234:24, 235:3, 235:8, 235:9, 241:25, 242:10, 248:7, 251:13
disciplines [9] - 231:11, 233:16, 233:24, 234:9, 234:20, 237:6, 243:12, 248:2, 248:18
disclose [1] - 252:21
discuss [2] - 234:14, 234:15
discussed [1] - 265:16
Discussion [3] - 238:14, 244:16, 262:9
discussion [1] - 239:10

distanced [1] - 227:3
DISTRICT [2] - 223:2, 223:2
DOCUMENT [1] - 270:15
document [4] - 239:2, 240:8, 240:11, 243:4
documents [13] - 236:17, 236:22, 237:5, 237:11, 237:13, 238:22, 242:7, 242:9, 261:18, 261:19, 261:21, 267:2, 270:18
done [1] - 266:11
doubt [1] - 248:22
down [2] - 232:21, 247:12
Due [1] - 223:7
due [1] - 257:24
duly [2] - 226:4, 271:12
during [5] - 231:11, 243:5, 248:2, 254:16, 259:9

**E**

early [1] - 256:22
East [2] - 226:14, 227:10
EASTERN [1] - 223:2
ECF [2] - 263:17, 264:12
edict [1] - 241:4
effect [1] - 225:19
either [3] - 250:10, 258:6, 261:10
embarrasses [1] - 248:10
embarrassing [1] - 248:16
employed [1] - 253:20
employee [2] - 234:23, 260:6
employment [3] - 227:19, 228:14, 231:15
ended [1] - 257:8
enforcement [5] - 228:23, 229:6, 257:11, 257:24, 258:9
entire [1] - 253:23
escorted [1] - 257:23
ESQ [2] - 224:9, 224:18
evaluation [2] - 228:9, 249:19

274

**E**

evidence [2] - 249:12
exactly [3] - 249:23, 260:17, 260:19
EXAMINATION [3] - 226:8, 245:11, 270:3
examined [1] - 226:5
except [1] - 225:10
excuse [1] - 259:23
EXHIBITS [1] - 270:24
exist [1] - 236:18
expectation [1] - 239:25

**F**

Facility [1] - 254:18
facility [6] - 229:18, 232:2, 243:7, 253:15, 253:21, 255:25
fact [4] - 232:13, 237:8, 248:13, 248:14
factually [1] - 228:10
far [1] - 235:7
Federal [2] - 223:21, 248:11
file [18] - 239:12, 240:6, 240:12, 241:7, 241:11, 241:12, 241:15, 241:19, 241:22, 241:24, 242:4, 242:13, 249:25, 250:2, 250:6, 251:15, 266:25, 270:17
files [1] - 241:5
filing [2] - 225:6, 252:4
fine [1] - 238:5
first [4] - 226:3, 233:21, 233:22, 239:19
folder [1] - 235:20
following [2] - 241:4, 267:21
Following [1] - 223:7
follows [2] - 226:6, 263:10
force [1] - 225:19
form [2] - 225:11, 253:13
Former [1] - 223:5
former [1] - 227:19
forms [1] - 242:9
Forms [1] - 223:7
forth [2] - 256:2, 271:12
forward [6] - 240:24,

250:25, 251:10, 253:4, 261:22, 266:9
Fred [1] - 245:18
FREDERICK [2] - 224:4, 224:9
fully [1] - 249:17
FURNISHED [1] - 270:22
FURTHER [2] - 225:9, 225:14

**G**

gather [1] - 247:13
generally [1] - 260:20
given [5] - 232:13, 237:8, 251:7, 269:14, 271:15
governmental [1] - 236:6
governor's [1] - 241:4
great [2] - 246:3, 263:2
group [1] - 233:4
Guy [1] - 223:7

**H**

hand [1] - 271:22
handcuffed [10] - 243:7, 246:15, 248:8, 248:15, 248:23, 249:2, 256:4, 256:9, 256:18, 258:7
handcuffs [1] - 249:5
happy [1] - 266:15
hear [7] - 226:22, 243:19, 243:21, 246:17, 246:23, 247:8, 247:19
hello [2] - 245:19, 262:13
helpful [1] - 251:16
Hempstead [1] - 224:7
hereby [2] - 269:8, 271:9
HEREBY [1] - 225:3
herein [2] - 225:5, 226:3
hereinbefore [1] - 271:12
hereunto [1] - 271:22
hi [1] - 245:20
hired [2] - 228:18, 228:25
hold [1] - 264:2
Honorable [1] - 223:21

**I**

IBRAHIM [1] - 223:4
IN [1] - 271:21
Inc [1] - 223:24
included [1] - 265:4
including [1] - 257:7
inclusionary [1] - 249:11
indicated [1] - 239:11
Individual [1] - 223:12
individual's [1] - 246:13
INFORMATION [1] - 270:22
information [3] - 247:13, 249:20, 267:18
Injury [1] - 223:8
instances [1] - 261:7
instead [1] - 265:25
instruct [1] - 261:10
instructed [3] - 244:25, 246:20, 265:13
interested [1] - 271:19
internal [1] - 233:17
internally [1] - 235:4
interviewed [1] - 230:14
investigation [3] - 232:19, 233:8, 233:13
investigative [2] - 231:3, 233:4
involve [1] - 247:3
IS [3] - 225:3, 225:9, 225:14
issue [4] - 242:24, 248:7, 263:11, 263:21
issued [1] - 239:23
issues [4] - 239:15, 239:17, 240:2, 256:2
IT [3] - 225:3, 225:9, 225:14

**J**

jail [11] - 228:15, 231:13, 243:6, 248:4, 253:14, 253:22, 257:2, 257:9, 257:10, 257:24, 258:7
job [5] - 232:22, 233:18, 234:20, 246:15, 249:8
judge [9] - 228:8, 239:18, 247:14,

249:15, 250:12, 250:18, 251:4, 251:22, 264:16
Judge [6] - 231:8, 239:24, 245:15, 245:21, 262:10, 263:3
judge's [4] - 231:18, 247:22, 252:20, 252:22
July [2] - 223:16, 269:11
June [1] - 226:18

**K**

keep [1] - 246:2
knowing [1] - 236:24
knowledge [2] - 236:7, 236:9

**L**

LANIER [1] - 223:4
larger [1] - 239:5
last [3] - 227:22, 241:14, 265:12
late [2] - 235:19, 243:3
LAW [19] - 224:4, 245:20, 246:24, 247:10, 250:9, 250:17, 251:25, 252:9, 252:15, 252:19, 252:24, 253:2, 262:14, 262:19, 263:2, 264:11, 264:19, 265:5, 265:9
law [11] - 228:23, 229:5, 244:19, 245:16, 245:22, 252:20, 252:22, 257:11, 257:24, 258:9, 262:11
Law [1] - 241:6
lawyer [8] - 258:15, 259:16, 259:19, 260:3, 260:10, 270:20, 270:21
least [1] - 240:5
leave [4] - 238:3, 242:19, 242:21, 242:24
leaving [1] - 268:17
led [3] - 228:3, 256:18, 256:25
left [2] - 238:13, 262:8
legal [1] - 228:9
legitimate [2] - 259:14, 261:16

LENOCI [1] - 223:4
Letters [1] - 223:7
level [1] - 235:11
License [1] - 223:6
limited [1] - 247:24
limits [1] - 251:8
list [3] - 228:20, 230:11, 232:21
local [1] - 236:6
look [2] - 241:6, 251:17
looking [1] - 238:25
lost [1] - 238:24
loud [2] - 247:3, 247:4

**M**

magistrate [4] - 228:8, 244:7, 256:13, 256:21
magistrate's [5] - 244:9, 244:18, 257:5, 257:19, 258:3
managed [1] - 255:24
management [1] - 255:23
March [5] - 223:22, 223:22, 239:20, 239:23, 247:23
mark [1] - 263:12
marriage [1] - 271:18
matter [3] - 246:8, 258:12, 271:20
Meadow [2] - 226:15, 227:10
mean [1] - 261:2
meantime [1] - 244:23
memory [1] - 251:12
mentioned [1] - 223:19
Michael [1] - 226:12
MICHAEL [6] - 223:12, 223:18, 269:8, 269:19, 270:4, 271:10
middle [1] - 263:4
Mineola [2] - 223:25, 224:16
Moffett [1] - 223:24
money [1] - 266:18
morning [1] - 226:16
most [1] - 266:17
motion [2] - 264:4, 264:13
MOTIONS [1] - 270:14
MR [107] - 226:9, 231:7, 231:19, 236:14, 236:20, 236:23, 237:12, 237:14, 237:16,

275

237:17, 237:21, 237:24, 238:2, 238:4, 238:6, 238:8, 238:11, 238:17, 238:25, 239:3, 239:6, 239:8, 240:14, 240:17, 241:2, 241:8, 243:10, 243:17, 243:21, 243:23, 244:3, 244:5, 244:8, 244:13, 244:17, 245:8, 245:12, 245:13, 245:18, 245:23, 246:25, 247:7, 247:18, 247:21, 249:3, 250:13, 250:15, 251:5, 252:8, 252:13, 252:17, 252:22, 252:25, 253:3, 253:5, 253:9, 253:24, 256:5, 256:7, 256:10, 256:19, 257:3, 257:12, 257:14, 257:18, 258:2, 258:18, 258:20, 258:21, 258:23, 258:25, 259:3, 259:8, 259:11, 259:13, 260:4, 260:7, 260:23, 261:2, 262:3, 262:5, 262:13, 262:16, 262:21, 262:23, 262:25, 264:8, 264:14, 264:21, 264:23, 264:25, 265:7, 265:10, 265:15, 266:6, 266:12, 266:14, 267:3, 267:5, 267:9, 267:12, 267:14, 268:9, 268:13, 268:15, 268:20, 270:4

## N

name [2] - 226:10, 252:18
names [1] - 252:21
NANCY [2] - 271:7, 271:25
Nancy [5] - 223:19, 243:24, 246:25, 257:14, 259:4
Nassau [12] - 228:14, 231:12, 232:2, 234:23, 243:6,

246:9, 248:3, 253:14, 253:20, 253:21, 254:18, 260:5
NASSAU [5] - 223:11, 223:11, 224:12, 224:14
need [6] - 234:14, 244:6, 251:18, 258:23, 261:10, 267:17
never [7] - 232:20, 235:6, 239:11, 248:5, 248:8, 248:13, 259:17
New [9] - 223:20, 223:25, 224:7, 224:16, 226:5, 226:15, 241:5, 269:23, 271:9
NEW [3] - 223:2, 269:4, 271:3
newspaper [1] - 255:10
next [1] - 247:12
NICHOLAS [1] - 223:3
None [4] - 270:6, 270:14, 270:23, 270:25
Notary [4] - 223:20, 226:4, 269:23, 271:7
noted [1] - 268:21
nothing [7] - 235:10, 235:20, 235:21, 250:13, 250:15, 264:23, 268:13
Number [1] - 229:15
number [2] - 244:9, 251:3

## O

oath [3] - 225:18, 258:11, 269:10
object [3] - 257:3, 257:18, 258:2
objected [3] - 256:5, 256:7, 256:11
objecting [1] - 256:19
objection [4] - 243:10, 247:16, 247:22, 249:2
objections [2] - 225:10, 240:4
obtain [2] - 240:5, 264:4
obtaining [1] - 263:14
occurred [2] - 234:10, 265:19
OF [10] - 223:2,

223:11, 224:4, 224:12, 224:13, 224:14, 269:4, 269:5, 271:3, 271:5
offered [6] - 230:16, 230:24, 232:16, 232:22, 232:25, 233:5
OFFICE [1] - 224:13
office [5] - 237:22, 237:23, 238:23, 244:22, 251:5
Officer [1] - 223:7
officer [19] - 225:17, 229:6, 230:5, 230:7, 230:8, 230:12, 230:17, 230:25, 231:23, 232:4, 232:11, 232:12, 232:17, 233:2, 233:9, 243:14
Officers [1] - 241:6
officers [3] - 257:11, 257:24, 258:9
OFFICES [1] - 224:4
official [1] - 229:19
Official [1] - 223:12
Old [1] - 223:24
once [1] - 260:12
One [1] - 224:15
one [8] - 230:6, 234:4, 239:19, 239:21, 252:19, 255:16, 260:15, 266:11
ones [1] - 256:17
oOo [1] - 225:22
open [2] - 263:11, 268:18
opportunity [2] - 263:18, 266:22
order [8] - 223:21, 227:24, 228:3, 231:9, 246:11, 247:22, 263:22, 268:2
ordered [1] - 239:18
otherwise [1] - 242:11
outcome [1] - 271:19
Oyster [1] - 231:15

## P

PAGE [3] - 270:3, 270:7, 270:16
part [2] - 233:4, 233:9
particularly [3] - 237:8, 246:14, 249:15
parties [2] - 225:5, 271:17

pass [1] - 230:9
passed [1] - 230:10
PATALANO [1] - 223:4
peace [1] - 229:5
Peace [1] - 223:7
pending [6] - 244:12, 244:14, 258:19, 258:22, 260:24, 264:2
Peninsula [1] - 224:6
period [1] - 254:17
permitting [1] - 231:14
PERROS [1] - 223:3
Perros [1] - 246:8
personnel [20] - 239:12, 240:6, 240:12, 241:5, 241:11, 241:12, 241:15, 241:19, 241:21, 241:24, 242:4, 242:13, 249:24, 250:2, 250:6, 251:15, 265:22, 265:24, 266:25, 270:17
Personnel [1] - 223:5
Persons [1] - 223:5
phone [2] - 251:3, 251:6
picture [1] - 227:4
Pistol [1] - 223:6
place [5] - 223:19, 227:7, 228:4, 238:19, 245:6
placing [1] - 238:21
Plaintiff [1] - 250:14
Plaintiffs [2] - 223:9, 224:5
plenty [1] - 234:13
point [11] - 226:25, 227:6, 232:21, 234:4, 246:19, 250:8, 250:14, 250:22, 252:12, 267:15, 267:20
police [5] - 230:6, 232:11, 232:17, 233:2, 233:9
Police [1] - 223:7
POLICE [1] - 223:11
portion [4] - 244:2, 247:6, 257:17, 259:7
position [7] - 228:19, 229:24, 230:17, 230:25, 232:16, 232:25, 233:6
positive [1] - 250:19
possess [1] - 241:18

possible [1] - 252:10
possibly [1] - 242:23
practice [2] - 266:8, 266:9
presented [2] - 253:13, 253:19
press [4] - 255:11, 255:14, 255:18, 256:16
previous [4] - 230:23, 236:16, 238:20, 240:9
previously [4] - 237:2, 239:10, 240:18, 250:4
private [2] - 260:10, 270:20
privileges [1] - 241:3
problem [1] - 268:4
Procedure [2] - 223:21, 248:12
proceed [4] - 250:24, 252:10, 263:10, 265:25
proceeding [1] - 263:5
proceedings [2] - 227:15, 268:18
produce [1] - 270:18
produced [5] - 240:4, 240:13, 240:22, 261:21, 267:2
production [1] - 270:17
Proper [1] - 223:6
provide [2] - 265:23, 267:24
provided [4] - 238:23, 240:19, 250:7
Public [5] - 223:20, 226:4, 241:6, 269:23, 271:8
purpose [1] - 251:3
purposes [1] - 232:15
pursuant [7] - 223:20, 223:21, 227:24, 231:8, 236:15, 240:8, 246:10
put [1] - 240:14

## Q

questioning [1] - 231:10
questions [9] - 226:23, 231:14, 231:17, 234:7, 247:25, 258:6, 258:11, 261:8, 261:15
quite [1] - 251:9

276

**R**

raised [1] - 253:19
Ralph [3] - 246:3, 253:3, 265:10
RALPH [1] - 224:18
rather [2] - 237:25, 240:20
reach [1] - 252:6
reached [3] - 244:17, 245:16, 262:11
reaching [1] - 244:20
read [3] - 247:2, 259:2, 269:9
ready [1] - 251:4
really [2] - 251:12, 265:20
recess [1] - 245:9
recollect [1] - 265:20
recollection [1] - 266:23
Recommendation [1] - 223:6
reconsideration [1] - 239:22
record [28] - 226:11, 237:18, 238:9, 238:14, 238:19, 238:20, 244:2, 244:15, 244:16, 245:14, 245:24, 247:6, 252:18, 253:10, 257:17, 259:7, 261:4, 262:6, 262:9, 265:22, 265:24, 267:8, 267:13, 268:12, 268:16, 269:12, 269:14, 271:14
recording [2] - 246:5, 262:18
records [2] - 241:25, 242:3
redactions [1] - 265:23
reentered [3] - 238:16, 253:8, 267:11
referred [1] - 236:19
referring [2] - 235:16, 256:15
refresh [1] - 266:22
refused [1] - 250:8
regard [7] - 239:14, 239:17, 240:9, 246:14, 260:8, 265:12, 270:18
regarding [1] - 249:5
Reissman [14] - 227:2, 231:21, 236:17, 237:18, 237:19,

238:18, 238:24, 246:4, 246:20, 247:19, 262:19, 263:17, 264:22, 268:11
REISSMAN [47] - 224:18, 231:7, 236:20, 237:12, 237:16, 237:21, 238:2, 238:6, 238:11, 238:25, 239:6, 240:14, 241:2, 243:10, 243:21, 244:3, 244:8, 245:8, 247:21, 250:15, 253:5, 253:24, 256:5, 256:10, 256:19, 257:3, 257:12, 257:18, 258:2, 258:18, 258:21, 258:25, 259:8, 259:13, 260:4, 260:23, 262:3, 262:21, 262:25, 264:23, 265:15, 266:12, 267:3, 267:9, 267:12, 268:13, 268:20
Reissman's [1] - 247:16
related [3] - 227:18, 233:17, 271:17
relating [9] - 234:8, 234:20, 234:21, 237:5, 237:7, 240:2, 258:11, 258:15, 261:18
relation [1] - 260:4
relative [1] - 242:9
relevance [1] - 243:14
relevant [1] - 248:17
remain [2] - 241:3, 263:11
remember [3] - 242:2, 249:21, 249:23
removal [1] - 257:2
renew [1] - 266:24
renewed [1] - 240:10
repeal [2] - 237:9, 240:3
repealed [1] - 250:3
repeat [4] - 253:16, 257:12, 257:15, 258:17
repeated [4] - 243:25, 247:5, 257:16, 259:6
reporter [6] - 243:25, 246:5, 247:5,

257:16, 259:6, 262:18
Reporting [1] - 223:24
represented [1] - 258:15
representing [1] - 259:20
reprimand [11] - 234:4, 235:3, 235:10, 235:13, 235:21, 236:18, 242:15, 242:17, 242:24, 248:20, 249:22
REQUEST [1] - 270:15
request [6] - 236:25, 238:20, 238:22, 240:15, 240:17, 249:25
requested [5] - 239:11, 244:2, 247:6, 257:17, 259:7
requests [2] - 239:13, 266:24
reserved [1] - 225:12
reside [1] - 227:7
respective [1] - 225:5
respond [1] - 263:18
responses [1] - 267:16
responsive [1] - 249:17
rest [1] - 233:12
restrict [1] - 231:17
restricted [1] - 231:9
result [1] - 243:8
Retirement [1] - 223:7
Retiring [1] - 223:6
review [2] - 228:3, 242:13
reviewed [2] - 228:5, 241:22
Rich [1] - 223:24
Road [1] - 223:24
RONALD [1] - 223:4
room [6] - 238:3, 238:13, 238:16, 253:8, 262:8, 267:11
rose [1] - 235:11
Rule [2] - 236:15, 248:12
ruled [1] - 249:15
Rules [2] - 223:21, 248:11
ruling [11] - 250:20, 256:12, 256:21, 257:5, 257:20, 258:4, 261:13, 263:7, 263:13, 264:2, 267:19

RULINGS [1] - 270:7
run [1] - 265:2

**S**

saw [2] - 241:15, 241:21
screen [4] - 238:21, 239:2, 246:4, 247:19
sealing [1] - 225:6
search [3] - 237:3, 237:10, 237:14
seated [1] - 227:3
Second [1] - 249:9
second [2] - 237:19, 239:21
see [5] - 226:22, 239:7, 243:14, 253:4, 266:10
seeing [3] - 242:6, 242:8, 242:15
send [2] - 264:6, 264:9
served [1] - 256:24
service [5] - 228:20, 229:19, 229:20, 229:21, 230:3
set [2] - 271:12, 271:22
shall [1] - 225:12
sheriff [1] - 230:7
SHERIFF [1] - 223:12
Sheriff's [5] - 223:5, 229:4, 235:4, 235:8, 241:23
SHERIFF'S [1] - 223:11
short [2] - 245:9, 260:25
shortly [1] - 250:20
sick [5] - 235:18, 242:19, 242:21, 242:24, 248:21
Signed [1] - 269:21
signed [2] - 225:16, 225:19
similar [1] - 239:14
Similarly [1] - 223:5
single [1] - 261:7
Situated [1] - 223:5
snags [1] - 265:3
socially [1] - 227:3
someone [1] - 245:3
sorry [3] - 233:22, 255:12, 258:20
sort [1] - 235:22
sought [1] - 232:3
speakerphone [1] - 262:17
specific [11] - 229:8, 229:10, 233:20,

242:16, 249:5, 254:19, 255:3, 255:5, 255:11, 259:21, 259:24
specifically [2] - 242:7, 254:25
specification [1] - 254:10
specifications [4] - 237:6, 242:10, 243:9, 249:6
specifics [1] - 243:4
Sposato [6] - 226:12, 226:16, 241:10, 246:11, 253:11, 267:14
SPOSATO [6] - 223:12, 223:18, 269:8, 269:19, 270:4, 271:10
Sposato's [1] - 263:24
ss [2] - 269:4, 271:4
stage [1] - 231:3
standpoint [1] - 261:8
start [2] - 228:13, 232:22
starting [2] - 232:19, 233:15
STATE [2] - 269:4, 271:3
State [4] - 223:20, 226:5, 269:23, 271:8
state [2] - 226:10, 236:5
STATES [1] - 223:2
status [1] - 234:22
stay [2] - 230:20, 238:8
still [3] - 227:3, 227:6, 227:10
STIPULATED [3] - 225:3, 225:9, 225:14
stipulations [1] - 223:22
Street [1] - 224:15
subject [3] - 233:16, 241:2, 258:12
subjected [6] - 233:23, 234:19, 236:4, 251:14, 256:24, 257:23
submission [1] - 251:19
subpoena [1] - 267:25
subscribed [1] - 269:21
substance [1] - 260:19
substitute [1] - 244:19
sufficient [2] - 247:9,

247:11
SUFFOLK [1] - 271:5
Suite [1] - 223:24
sum [1] - 260:18
suspension [1] - 235:11
sworn [4] - 225:16, 225:20, 226:4, 271:13

## T

telephone [3] - 237:20, 245:17, 262:12
ten [1] - 263:14
tenure [7] - 231:12, 243:5, 243:13, 248:3, 253:23, 259:9, 260:5
terms [2] - 229:23, 266:7
test [4] - 229:24, 230:5, 230:9, 230:10
testified [2] - 226:6, 248:5
testimony [4] - 260:16, 269:10, 269:13, 271:15
tests [1] - 230:3
THE [3] - 224:4, 224:13, 268:7
THOMAS [1] - 223:3
throughout [1] - 252:12
title [5] - 229:8, 229:11, 229:17, 229:19, 229:21
titled [1] - 223:19
TO [1] - 270:22
today [6] - 250:4, 250:22, 251:23, 258:6, 261:23, 263:6
today's [2] - 263:15, 264:5
Tomlinson [3] - 223:22, 239:24, 263:3
Tomlinson's [4] - 231:9, 245:16, 245:22, 262:11
took [3] - 227:16, 230:5, 230:6
touch [1] - 252:11
Town [1] - 231:15
training [1] - 228:24
transcript [4] - 263:15, 264:5, 269:9, 269:11
trial [1] - 225:13
true [3] - 269:12,

269:14, 271:14
try [2] - 252:10, 266:10
trying [1] - 249:19
turn [1] - 247:3
two [2] - 227:16, 239:19
type [2] - 235:22, 249:22

## U

unavailable [1] - 263:5
under [5] - 240:16, 240:21, 248:11, 258:11, 269:10
understood [1] - 228:12
Unfairly [1] - 223:5
union [3] - 255:21, 255:25, 256:16
unions [1] - 255:15
UNITED [1] - 223:2
unreasonably [1] - 248:9
up [2] - 246:2, 247:3

## V

vague [1] - 249:21
vaguely [1] - 242:2
versus [1] - 246:8
VICTOR [1] - 223:4
video [1] - 263:9
Video [1] - 223:15
voice [1] - 246:2

## W

wait [5] - 245:7, 257:4, 257:19, 258:3, 261:12
waiting [4] - 245:2, 245:6, 256:12, 256:20
waived [1] - 225:8
waste [1] - 266:18
welcome [2] - 252:15, 264:19
West [1] - 224:15
WHEREOF [1] - 271:21
wish [2] - 250:11, 250:21
WITNESS [3] - 268:7, 270:3, 271:21
witness [34] - 236:19, 236:20, 237:7, 238:3, 238:12, 238:15, 241:9,

244:4, 244:11, 244:24, 246:11, 246:20, 248:5, 248:10, 248:24, 249:16, 251:10, 251:21, 253:6, 253:7, 261:3, 261:5, 261:11, 261:17, 262:7, 263:20, 265:11, 265:13, 265:16, 266:19, 267:6, 267:10, 271:11, 271:15
witness' [2] - 240:5, 248:2
writing [2] - 240:15, 240:18
wrongdoing [5] - 253:12, 253:18, 254:13, 256:25, 258:16
wrongs [1] - 249:13

## Y

year [3] - 231:4, 232:5, 243:2
years [8] - 230:19, 234:4, 235:2, 235:10, 235:13, 241:16, 242:14, 265:18
YORK [3] - 223:2, 269:4, 271:3
York [8] - 223:25, 224:7, 224:16, 226:5, 226:15, 241:5, 269:23, 271:9
York,taken [1] - 223:20
yourself [1] - 268:5

## Z

ZAHRAN [1] - 223:4
Zoom [2] - 223:15, 245:25