

| | | |
|---|---|---|
| **BRUCE A. BLAKEMAN**<br>**County Executive** | | **THOMAS A. ADAMS**<br>**County Attorney** |

# COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY

May 5, 2022

Via ECF
Hon. Arlene R. Lindsay
United States District Court
100 Federal Plaza
Central Islip, New York 11722

Re:  Perros v. County of Nassau (15-CV-05598) (GRB)(ARL)

Dear Magistrate Judge Lindsay:

This office represents defendants, County of Nassau and former Nassau County Sheriff Michael Sposato in the above-referenced action.  I write to inform Your Honor that although the parties entered into a settlement agreement following settlement discussions in February 2022, unfortunately, settlement could not be achieved as the Legislature and its Committees have not approved the settlement. The parties request a conference with Your Honor as there is a need for Plaintiffs to conduct the continued deposition of Defendant Sposato and then discuss what proceedings will follow. It will be necessary for the parties respectfully request that the time to file the Joint Pretrial Order be scheduled following the completion of the remaining discovery, which includes the completion of Defendant Sposato's deposition.

As always, the parties thank Your Honor for your attention and consideration in this matter.

Respectfully submitted,

/s/  Ralph J. Reissman
RALPH J. REISSMAN
Deputy County Attorney

cc: (Via ECF and Email)
    Law Offices of Frederick K. Brewington
    Attorneys for Plaintiffs

**ONE WEST STREET – MINEOLA, NEW YORK 11501-4820**
**516-571-3056, FAX 516-571-6684, 6604**