| BRUCE A. BLAKEMAN | | THOMAS A. ADAMS |
|---|---|---|
| County Executive |  | County Attorney |

# COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY

October 10, 2025

Honorable Gary R. Brown
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Perros, et.al. v. County of Nassau et. al.,* Docket No.*:* 15-cv-5598 (GRB)(ARL)

Dear Judge Brown,

    Defendants respectfully oppose Plaintiffs' September 30, 2025 request for permanent injunctive relief and appointment of a special master. The requested relief is unnecessary. As set forth in the accompanying Declaration of Charles Ferzola and the revised request form (Ex. A), requests for so-called "good-guy" letters are now received, evaluated, and issued by the Sheriff's Training Academy Captain. The revised form requires no review, approval, or signature by the Sheriff or the Corrections Commissioner, and disability retirement/status, standing alone, is not a basis for denial; any potential denial is limited to an individualized, present-tense safety determination.

    Plaintiffs point to testimony that Mr. Sposato "will" be involved in the process. That speculation cannot sustain prospective relief. Since the 2018 change in practice under Sheriff Larocca, all six plaintiffs received their letters, and the County has now removed any Sheriff/Commissioner sign-off from the process altogether. On this record, Plaintiffs cannot demonstrate the "real and immediate" threat of future injury required for an injunction, and the County's formalized shift to Training Academy administration with the updated form forecloses any reasonable expectation of recurrence. See *City of Los Angeles v. Lyons*, 461 U.S. 95, 101–06 (1983). Appointment of a special master would be an extraordinary intrusion without necessity. See Fed. R. Civ. P. 53(a)(1).

    Since the County has already addressed the conduct at issue and removed the sign-off pathway identified by Plaintiffs, injunctive or special-master relief should be denied.

    Respectfully submitted,

*JCarnevale*
John Carnevale, Esq.
Deputy County Attorney