

**Attorneys and Counselors at Law**
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

<u>Frederick K. Brewington</u>　　　　　　　　　　　　　　　　　　　　　　　　Of Counsel
Albert D. Manuel III　　　　　　　　　　　　　　　　　　　　　　　　　　　Oscar Holt III
Cobia M. Powell　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jay D. Umans

October 13, 2025

***VIA ELECTRONIC CASE FILING***
Honorable Gary R. Brown
United States District Court Judge
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

　　　　　　　　　　　　　　Re:　　*Perros, et.al. v. County of Nassau*
　　　　　　　　　　　　　　　　　**Docket No.: CV-15-5598 (GRB)(ARL)**

Dear Judge Brown:

　　As the Court is aware, this office represents the Plaintiffs in the instant action. We write this letter upon receipt and review of Defendants' letter dated October 10, 2025 with a Declaration and Exhibit. After reviewing the letter submitted by the Deputy County Attorney, the attached Declaration of Charles Ferzola and form entitled "Application for Pistol License for Retiring Peace/Police Officer", both of which were not previously disclosed, we respectfully request permission of file two (2) page letter in Reply so that we can appropriately address the issues created in and by those documents. The opportunity to reply is especially supported by the statement in the Declaration that the form being offered "**became effective September 30, 2025**." (Emphasis added)

　　Thank you for your consideration in this matter.

　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　*Frederick K. Brewington*
　　　　　　　　　　　　　　　　　　　　　　　　　　FREDERICK K. BREWINGTON

FKB:cmp/adm
cc.　All Counsel by ECF