# GABRIEL LAW FIRM, P.C.

2 LINCOLN AVENUE, SUITE 400
ROCKVILLE CENTRE, NEW YORK 11570
TEL. 516-360-9101
FAX.516-268-6004

October 22, 2025

**VIA ELECTRONIC CASE FILING**
Honorable Magistrate Judge Arlene R. Lindsay
United States District Court
Eastern District New York
100 Federal Plaza
Central Islip, NY 11722

Re.: Alexandros Perros et al. v. County of Nassau et al.
Index No.: 2:15-cv-05598 (GRB)(ARL)

Dear Hon. Judge Lindsay:

    I was previously employed as a Deputy County Attorney with the Office of the Nassau County Attorney located in Mineola, New York. Consequently, I appeared as an attorney for defendants. I recently resigned as a Deputy County Attorney, and am no longer employed by the County of Nassau.

    I hereby request this Court terminate my appearance or otherwise relieve me as the attorney for County Defendants. County Defendants will continue to be represented by John Carnevale, Esq.

    Thank you.

Respectfully,

*Victoria LaGreca*

Victoria LaGreca, Esq.
Gabriel Law Firm, P.C.
2 Lincoln Avenue, Suite 400
Rockville Centre, NY 11570
Phone: (516) 360-9101