

**Attorneys and Counselors at Law**
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

| | |
|---|---|
| Frederick K. Brewington<br>Albert D. Manuel III<br>Cobia M. Powell | Of Counsel<br>Oscar Holt III<br>Jay D. Umans |

December 10, 2025

**_VIA ELECTRONIC CASE FILING_**
Honorable Gary R. Brown
United States District Court Judge
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

       Re: *Perros, et.al. v. County of Nassau*
           **Docket No.: CV-15-5598 (GRB)(ARL)**

Dear Judge Brown:

  As the Court is aware, this office represents the Plaintiffs in the instant action. We write to to inform the Court that our office has a potential scheduling conflict with the upcoming hearing date set for December 15, 2025. Currently, we are scheduled to commence trial before the Hon. Nusrat J. Choudhury, in the matter of *Fasolakis v. County of Nassau, et al.,* Docket No.: 22-CV-7954 (NJC)(AYS) on December 15, 2025 at 9:00 AM. This matter was set down for a settlement conference on December 9, 2025, which did occur, but was unsuccessful. Accordingly, the matter will be proceeding to trial with jury selection on December 15, 2025. With the *Fasolakis* matter proceeding, it conflicts with Your Honor's Order for the parties to appear before you on December 15, 2025, at 2:00 PM. We do have a conference with Judge Choudhury tomorrow and Friday and can ask for the opportunity to commence actual proceedings in the *Fasolakis* matter on Tuesday December 16, 2025, after the jury selection is concluded on December 15, 20205. Another alternative is for the *Perros* matter to be advanced to Friday after our scheduled conference with Judge Choudhury on that day. Otherwise, if the Court would be expecting argument on the request for injunctive relief, we would respectfully, but reluctantly, request an adjournment of the matter to a date agreeable to the Court and the parties to address the *Perros* matter.

  Thank you for your consideration in this matter.

                     Respectfully submitted,

                     *Frederick K. Brewington*
                     FREDERICK K. BREWINGTON

FKB:cmp/adm
cc. All Counsel by ECF