# THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

**Attorneys and Counselors at Law**
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

Frederick K. Brewington                                                                          Of Counsel
Albert D. Manuel III                                                                              Jay D. Umans
Cobia M. Powell
Lorraine R. Bishop

May 21, 2026

***VIA ELECTRONIC CASE FILING***
Honorable Gary R. Brown
United States District Court Judge
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

> **Re:**   ***Perros, et.al. v. County of Nassau***
> **Docket No.: CV-15-5598 (GRB)(ARL)**

Dear Judge Brown:

As the Court is aware, this office represents the Plaintiffs in the instant action. We write to provide the Court with our Proposed Order Relating to Injunctive Relief. At the close of the proceedings on this aspect of the case, the parties were to confer and work toward providing the Court, if possible, with a proposed order to address the relief sought to remedy the underlying finding of a policy, pattern, practice and/or custom as same was determined by the Court and as was litigated under Plaintiff's *Monell* claims. After multiple meet and confer conferences, the parties were able to iron out most of their differences and agree, in large part, on an Order to propose to the Court. In an attempt to finalized any outstanding issues, request was made of Defendants to provide additional input. Unfortunately, as of the writing of this letter that additional input has not been provided. Accordingly, we provide the proposed Order with those items that remain at issue being highlighted for the Court's consideration.

Thank you for your consideration in this matter.

Respectfully submitted,

*Frederick K. Brewington*
FREDERICK K. BREWINGTON

FKB:rw
Encl.
cc. All Counsel by ECF