**BRUCE A. BLAKEMAN**
**County Executive**



**THOMAS A. ADAMS**
**County Attorney**

## COUNTY OF NASSAU
### OFFICE OF THE COUNTY ATTORNEY

June 16, 2026

Hon. Gary R. Brown
100 Federal Plaza
Central Islip, New York 11722

Re:  *Perros et al v. County of Nassau et al., 2:15-cv-05598-GRB-ARL*

Dear Judge Brown:

As per the Court's Order, this submission is in response to the letter uploaded by plaintiff's counsel [DE 166]. The parties have engaged in extensive negotiations in an attempt to reach an agreement for a joint proposed order. The parties were successful in those endeavors and the proposed order that accompanied plaintiff's letter is the product of the negotiations and constitutes a joint proposed order. The undersigned regrets any ambiguity that plaintiff's June 2, 2026 letter contained that implied there was no such agreement.

We appreciate the Court giving both sides the time and latitude needed to reach this resolution.

Respectfully,

/s/*Steven Dalton*
Steven Dalton
Deputy County Attorney
Office of the County Attorney
1 West Street
Mineola, New York