**BRUCE A. BLAKEMAN**
County Executive

**THOMAS A. ADAMS**
County Attorney



## COUNTY OF NASSAU
### OFFICE OF THE COUNTY ATTORNEY

July 20, 2026

**VIA ECF**
Honorable Gary R. Brown
United States District Judge
Eastern Distrct of New York
Central Islip, New York

Re: Perros et al v. Nassau County, et al.
Docket No. **15-CV-5598 (GRB)**

Your Honor,

Pursuant to the Court's Order, the undersigned submits this response to the plaintiff's July 10, 2026 letter to the Court.

At the conclusion of the Inquest, this Court issued a lengthy memorandum on September 3, 2025 wherein the Court gave a detailed account of its decision to award monetary damages in this case. The County is aware that entry of such judgment has not been entered as of yet and the County is unable to pursue any appellate relief until entry of such judgment is made; the County defers to the Court on the appropriate time for it to enter such judgment.

Respectfully submitted,

*Steven V. Dalton*

Steven V. Dalton, Esq.
Deputy County Attorney