**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

**ALEXANDROS PERROS, THOMAS DELLE,**
**NICHOLAS LENOCI, VICTOR PATALANO,**
**RONALD LANIER, IBRAHIM ZAHRAN**,
Collectively on Behalf of All Persons Similarly
Situated and/or Sheriff's Department Former
Personnel Unfairly Denied Proper "Recommendation
For Consideration Of Application For Pistol License
For Retiring Peace [Police] Officer" Forms and/or
"Good Guy Letters" Following Retirement,
Due To Injury and or Disability,

Plaintiff,

- against -

**COUNTY OF NASSAU** and **SHERIFF**
**MICHAEL SPOSATO**, in his Individual and
Official Capacities,

Defendants.

---------------------------------------------------------------X

**FILED**
**CLERK**

12:39 pm, Jul 24, 2026

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**FINAL JUDGMENT**
CV 15-5598 (GRB)(ARL)

An Memorandum and Order of the Honorable Gary R. Brown, United States District Judge, having been filed on September 3, 2025 following an inquest on damages and an Order having been filed on July 23, 2026 directing the clerk's office to enter final judgment pursuant to the M&O dated 9/3/2025; granting Plaintiff's Motion for Leave to File an Entry of Judgment; awarding Plaintiff(s): (1) $133,000.00 in compensatory damages divisible as follows: $6,000.00 to Delle, $30,000.00 to Lanier, $45,000.00 to Lenoci, $6,000.00 to Patalano, $40,000.00 to Perros, and $6,000.00 to Zahran; (2) $150,000.00 in Punitive Damages divisible as follows: $31,000.00 to Delle, $55,000.00 to Lanier, $70,000.00 to Lenoci, $31,000.00 to Patalano, $65,000.00 to Perros, and $31,000.00 to Zahran; and respectfully directing the Clerk of Court to enter final judgment and close this case; it is

**ORDERED AND ADJUDGED** that Plaintiff's Alexandros Perros, Thomas Delle, Nicholas Lenoci, Victor Patalano, Ronald Lanier, Ibrahim Zahran, are awarded compensatory and punitive damages judgment against Defendants' County of Nassau and Michael Sposato, in the total amount of

$283,000.00; plus post-judgment interest, accruing at the rate set forth in 28 U.S.C. § 1961; and that this case is closed.

Dated: July 24, 2026
Central Islip, New York

BRENNA B. MAHONEY
CLERK OF COURT

BY: /s/ GRISEL ORTIZ
DEPUTY CLERK