**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

**ALEXANDROS PERROS, THOMAS DELLE,**
**NICHOLAS LENOCI, VICTOR PATALANO,**
**RONALD LANIER, IBRAHIM ZAHRAN**,
Collectively on Behalf of All Persons Similarly
Situated and/or Sheriff's Department Former
Personnel Unfairly Denied Proper "Recommendation
For Consideration Of Application For Pistol License
For Retiring Peace [Police] Officer" Forms and/or
"Good Guy Letters" Following Retirement,
Due To Injury and or Disability,

**FILED**
**CLERK**

3:37 pm, Jul 29, 2026

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

                    Plaintiff,

          - against -

**COUNTY OF NASSAU** and **SHERIFF**
**MICHAEL SPOSATO**, in his Individual and
Official Capacities,

                    Defendants.
-------------------------------------------------------------X

**AMENDED**
**FINAL JUDGMENT**
CV 15-5598 (GRB)(ARL)

An Memorandum and Order of the Honorable Gary R. Brown, United States District Judge, having been filed on September 3, 2025 following an inquest on damages and an Order having been filed on July 23, 2026 directing the clerk's office to enter final judgment pursuant to the M&O dated 9/3/2025 and an Order having been filed on July 28, 2026 granting the Plaintiff's motion to amend the 7/24/2026 Final Judgment; granting Plaintiff's Motion for Leave to File an Entry of Judgment; awarding Plaintiff(s): (1) $133,000.00 in compensatory damages divisible as follows: $6,000.00 to Delle, $30,000.00 to Lanier, $45,000.00 to Lenoci, $6,000.00 to Patalano, $40,000.00 to Perros, and $6,000.00 to Zahran; (2) $150,000.00 in Punitive Damages divisible as follows: $31,000.00 to Delle, $55,000.00 to Lanier, $70,000.00 to Lenoci, $31,000.00 to Patalano, $25,000.00 to Perros, and $31,000.00 to Zahran; and respectfully directing the Clerk of Court to enter final judgment and close this case; it is

**ORDERED AND ADJUDGED** that Plaintiff's Alexandros Perros, Thomas Delle, Nicholas Lenoci, Victor Patalano, Ronald Lanier, Ibrahim Zahran, are awarded compensatory and punitive

damages judgment against Defendants' County of Nassau and Michael Sposato, in the total amount of

$283,000.00; plus post-judgment interest, accruing at the rate set forth in 28 U.S.C. § 1961; and that this

case is closed.

Dated:  July 29, 2026
       Central Islip, New York

                                       BRENNA B. MAHONEY
                                       CLERK OF COURT

                    BY:     /S/ GRISEL ORTIZ
                                        DEPUTY CLERK