THE LAW OFFICES OF
FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

Frederick K. Brewington
Albert D. Manuel III
Cobia M. Powell
Lorraine R. Bishop

Of Counsel
Jay D. Umans

September 3, 2026

***VIA ELECTRONIC CASE FILING***
Honorable Gary R. Brown
United States District Court Judge
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

***Re:*** ***Perros, et.al. v. County of Nassau***
**Docket No.: CV-15-5598 (GRB)(ARL)**

Dear Judge Brown:

As you are aware our office represents all Plaintiffs in the above referenced matter. We are writing this letter to respectfully request the Court to provide a further amendment to the Amended Final Judgment (Document 173), dated July 29th, 2026.

Upon review of the final judgment, there is a numerical error in the amount of punitive damages awarded to each of the Plaintiffs is $25,000. As the Judgment currently reads it indicates that it divides the $150,000 up but fails to place that in numbers. We have provided what we believe would be an accurate recitations of the numbers and how the first paragraph of a Second Amended Final Judgment on damages should read:

> An Memorandum and Order of the Honorable Gary R. Brown, United States District Judge, having been filed on September 3, 2025 following an inquest on damages and an Order having been filed on July 23, 2026 directing the clerk's office to enter final judgment pursuant to the M&O dated 9/3/2025 and an Order having been filed on July 28, 2026 granting the Plaintiff's motion to amend the 7/24/2026 Final Judgment; granting Plaintiff's Motion for Leave to File an Entry of Judgment; awarding Plaintiff(s): (1) $133,000.00 in compensatory damages divisible as follows: $6,000.00 to Delle, $30,000.00 to Lanier, $45,000.00 to Lenoci, $6,000.00 to Patalano, $40,000.00 to Perros, and $6,000.00 to Zahran; (2) $150,000.00 in Punitive Damages divisible in equal shares of $25,000.00 and the total to each of the Plaintiffs (adding together their compensatory damages as awarded with their punitive damages as awarded) as follows: $31,000.00 to Delle, $55,000.00 to Lanier, $70,000.00 to Lenoci, $31,000.00 to Patalano, $65,000.00 to Perros, and $31,000.00 to Zahran; and respectfully directing the Clerk of Court to enter final judgment and close this case; it is ...

Plaintiffs respectfully request that the Court review the Amended Final Judgment for an amendment as indicated above and issue a Second Amended Final Judgment.

Thank you for the Court's time and consideration.

Respectfully submitted,

*Frederick K. Brewington*

FREDERICK K. BREWINGTON

FKB:tr

cc. All Counsel by ECF